IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOLA ALLEN,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.                Case No. 07-cv-98-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Parties' Stipulation to Dismiss (Doc. 15), made pursuant to **Federal Rule of Civil Procedure 41(a)(1)**. Accordingly, the Court **ACKNOWLEDGES**, pursuant to the Stipulation, that all of the claims plaintiff Lola Allen has asserted or could have asserted herein, as well as all of the counterclaims defendant Liberty Life Assurance Company of Boston has asserted or could have asserted herein, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees, expenses and costs.

    **IT IS SO ORDERED.**

Signed this 21st day of December, 2007.

                        /s/     David R Herndon
                        **Chief Judge**
                        **United States District Court**