## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LOLA ALLEN,**

    **Plaintiff,**

vs.                                                 Cause No. 07-CV-98 DRH

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

December 21, 2007                               By:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED: /s/    *David R Herndon*

                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**